CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff
ORLANDO GARCIA

SEYFARTH SHAW LLP
Ashley N. Arnett (SBN 305162)
aarnett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90067-5793
Telephone:   (213) 270-9600
Facsimile:   (310) 270-9601

Julia N. Sarnoff (SBN 288531)
jsarnoff@seyfarth.com
975 F Street NW
Washington, DC 20004
Telephone:   (202) 463-2400
Facsimile:   (202) 828-5393

Attorneys for Defendants
JAMES CHEN, FRANCES W CHEN,
and YI-HO HUANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES CHEN, Trustee of The Chen Trust dated 07/09/90; FRANCES W CHEN, Trustee of The Chen Trust dated 07/09/90; YI-HO HUANG, Trustee of The Huang Family Trust dated 02/07/91; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 8:21-cv-00354-DOC-KES<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed.R.Civ.P. 41 (a) (1)(A)(ii)]<br><br>Hon. David O. Carter |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Orlando Garcia and Defendants James Chen, Frances W. Chen, and Yi-Ho Huang jointly stipulate that this action may be dismissed without prejudice.

The undersigned counsel for Defendants has authorized submission of this document on their behalf pursuant to Local Rule 5-4.3.4(a)(2)(i).

DATED: June 1, 2021                    CENTER FOR DISABILITY ACCESS

By: ___/s/ *Zachary Best*___
Zachary Best
Raymond Ballister Jr.
Amanda Seabock
Russell Handy

Attorneys for Plaintiff
GILBERT SALINAS

DATED: June 1, 2021                    SEYFARTH SHAW LLP

By: ___/s/ *Julia N. Sarnoff*___
Julia N. Sarnoff
Ashley N. Arnett

Attorneys for Defendants
JAMES CHEN, FRANCES W CHEN, and YI-HO HUANG